IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

DARRELL MARUSKA,

                    Plaintiff,

                                        CIVIL ACTION
            vs.                         No. 05-3126-SAC

SEDGWICK COUNTY JAIL, et al.,


                    Defendants.


                        ORDER

     By an order entered on June 21, 2005 (Doc. 12), the court
granted plaintiff ten days to show cause why this matter
should not be dismissed for lack of prosecution.

     On June 29, 2005, the copy of the order mailed to
plaintiff was returned to the clerk of the court as undeliver-
able (Doc. 13).  There has been no other response.

     The court finds plaintiff has failed to comply with the
rules of this court by failing to report a change of address,
see D. Kan. R. 5.1(c), and further finds that he has been
afforded sufficient notice of the court's intention to dismiss
this matter in the absence of a timely response from him.  See
Theede v. U.S. Department of Labor, 172 F.3d 1262 (10th Cir.

1999)(affirming dismissal where pro se plaintiff's failure to object to magistrate judge's recommendation of dismissal was due to plaintiff's failure to inform the court of his correct address).

IT IS THEREFORE ORDERED this matter is dismissed for lack of prosecution.

IT IS FURTHER ORDERED plaintiff's pending motions (Docs. 2, 3, 5, and 7) are denied as moot.

A copy of this order shall be mailed to plaintiff at his last known address.

**IT IS SO ORDERED**.

DATED:  This 11th day of July, 2005, at Topeka, Kansas.


S/ Sam A. Crow
SAM A. CROW
U.S. Senior District Judge